IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dawkins, Mechelle M

Printed: 9/3/08

Case Number: 08 B 10358
Judge: Hollis, Pamela S
Filed: 4/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,500.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Bass & Associates | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 8,000.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 16,046.53 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 950.95 | 0.00 |
| 7. | Bass & Associates | Unsecured | 88.17 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 71.29 | 0.00 |
| 9. | Bass & Associates | Unsecured | 23.63 | 0.00 |
| 10. | Americas Financial Choice Inc | Unsecured | 139.51 | 0.00 |
| 11. | Arrow Financial Services | Unsecured | 180.20 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 28.62 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 33.45 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 22.13 | 0.00 |
| 15. | America OnLine | Unsecured |  | No Claim Filed |
| 16. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | AT&T | Unsecured |  | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Bannes Walton Dental | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | Charter One Bank | Unsecured |  | No Claim Filed |
| 25. | First Choice Loans | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dawkins, Mechelle M | | Case Number: 08 B 10358 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | | Filed: 4/25/08 |

| | | | | |
|---|---|---|---|---|
| 26. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 27. | First Payday Loan | Unsecured | | No Claim Filed |
| 28. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 29. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 30. | SBC | Unsecured | | No Claim Filed |
| 31. | MCI | Unsecured | | No Claim Filed |
| 32. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 36. | SMC Collections | Unsecured | | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 38. | Sprint | Unsecured | | No Claim Filed |
| 39. | Talk America | Unsecured | | No Claim Filed |
| 40. | Wow Internet | Unsecured | | No Claim Filed |
| 41. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,084.48 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate           Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_